UNITED STATES DISTRICT COURT IN THE DISTRICT OF MASSACHUSETTS

LEO WASHINGTON

- AGAINST -

Vanessa Fang, Jasmine LeCont Mcclanahan, Rowan Wilson, F. James Loprest Jr, Arlene Bluth, Shirley Troutman, Louis Luba Suzanne Adams, Watson P. Berich,, Madeline Singas, Brett Geiger, Gioia M.Maiellano, Hector LaSalle, Carol A. Crawford, Kam Yuen, Niles Gerry, Jenny Rivera, Michael G. McFarland, Dianne T. Renwick, Christopher Cusmano, Jonathan A. Reingold, Wavny Toussaint, Michael J. Garcia, Marion S. Mishkin, Marla Gillman, Daniel Ramos, Jennifer Henry, Anthony Cannataro, Robert S. Moskow II, Caitlin J. Halligan, Lucky Narain, Laurie Samuels, Linda Hristova, Amanda Jeannopoulos, Richard S. Holloway, Samuel M. Factor, Genine Edwards, Dania Nassar, Tanya Faye, Anna C. Little, Adrien Lee-Lo, Joy Campanelli, John J. Siemietkowski, Cathy Sagesse, John P. Burns, Charles Wall, Carrie Johnson-Papillo, Jean M. Kilker, Madalina Danescu, Brian Gotlieb, Barbara A. Nelson, Eric Gonzalez, Lena Golovnin, Tiesha R. Peal, Dorothy Harbeck, Kevin Mcclanahan, Sulay Grant, Elyssa O. Slutzky, Michael Rosenthal, James W. Kitchen, Deborah E. Klahr, David J. Venturella, Toniann Territola, Joseph B. Edlow, Michael A. Faleck, Sergio Jimenez, Travis Arrindel, Javier E. Ortiz, Virna Wright, Carmen A. Pacheco, Hannah Cohen, Julie Poley, Shantonu Basu, Logan Schiff, Enedina Pilar Sanchez, Tanshanna Golden, Rachel Vincent, Karen May Bacdayan, Michael Weisberg, Lucy Baez ,Eric Komitee, Margo K. Brodie

1. Certain Defendants modified public record,
2. A censure is to be ordered

LEO WASHINGTON

FILED
IN CLERKS OFFICE
2026 SEP 14 P 12: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.